**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br>  v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>  v.<br>SOUTH FERRY #2, EMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON,<br><br>    Defendants. | Adv. Pro. No. 10-04350 (SMB) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS

**PLEASE TAKE NOTICE** that Laura K. Clinton is leaving the law firm of Baker & McKenzie LLP, and hereby requests that her appearance as counsel of record in the above-referenced matter on behalf of Defendants South Ferry #2, et al. (collectively, "South Ferry #2") be withdrawn. Baker & McKenzie LLP continues to serve as counsel for South Ferry #2 through attorney of record, Richard A. Kirby.

1

**PLEASE TAKE FURTHER NOTICE** that Laura K. Clinton requests that she be removed from all notice and service lists in the above-referenced matter on behalf of South Ferry #2, including the Court's CM/ECF electronic notification list.

Dated: December 12, 2017

**BAKER & MCKENZIE LLP**

By: */s/ Laura K. Clinton*
Laura K. Clinton
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 452-7023
Email: laura.clinton@bakermckenzie.com